AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

EDWARD WILLIAMS and SHANAISIA LAWSON )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 16-cv-1904 LDH-RER
THE CITY OF NEW YORK, DETECTIVE DANIEL AYBAR, )
DETECTIVE EUGENE JONNY, DETECTIVE JOHN SIOKAS, )
POLICE OFFICER YURIY MANZUROV, SERGEANT LUKE )
DENESOPOLIS, UNDERCOVER POLICE OFFICER "C0033", )
UNDERCOVER POLICE OFFICER "C0278", JOHN DOE #1-2 )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Under Cover Police Officers "C0033"
Narcotics Brooklyn South
One Police Plaza, Rm 1100
New York, NY 10038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Nicholas Mindicino, Esq.
Stoll, Glickman & Bellina, LLP
475 Atlantic Avenue, 3rd Fl
Brooklyn, NY 11217

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 4/19/2016

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

EDWARD WILLIAMS and SHANAISIA LAWSON )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 16-cv-1904 LDH-RER
THE CITY OF NEW YORK, DETECTIVE DANIEL AYBAR, )
DETECTIVE EUGENE JONNY, DETECTIVE JOHN SIOKAS, )
POLICE OFFICER YURIY MANZUROV, SERGEANT LUKE )
DENESOPOLIS, UNDERCOVER POLICE OFFICER "C0033", )
UNDERCOVER POLICE OFFICER "C0278", JOHN DOE #1-2 )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Undercover Police Officer "C0278"
Narcotics Brooklyn South
One Police Plaza, Rm 1100
New York, NY 10038


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nicholas Mindicino, Esq.
Stoll, Glickman & Bellina, LLP
475 Atlantic Avenue, 3rd Fl
Brooklyn, NY 11217


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 4/19/2016

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

EDWARD WILLIAMS and SHANAISIA LAWSON )
)
)
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 16-cv-1904 LDH-RER
THE CITY OF NEW YORK, DETECTIVE DANIEL AYBAR, )
DETECTIVE EUGENE JONNY, DETECTIVE JOHN SIOKAS, )
POLICE OFFICER YURIY MANZUROV, SERGEANT LUKE )
DENESOPOLIS, UNDERCOVER POLICE OFFICER "C0033", )
UNDERCOVER POLICE OFFICER "C0278", JOHN DOE #1-2 )
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Detective John Siokas
Narcotics Brooklyn South
One Police Plaza, Rm 1100
New York, NY 10038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nicholas Mindicino, Esq.
Stoll, Glickman & Bellina, LLP
475 Atlantic Avenue, 3rd Fl
Brooklyn, NY 11217

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 4/19/2016

s/Kimberly Davis
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

EDWARD WILLIAMS and SHANAISIA LAWSON )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 16-cv-1904 LDH-RER
THE CITY OF NEW YORK, DETECTIVE DANIEL AYBAR, )
DETECTIVE EUGENE JONNY, DETECTIVE JOHN SIOKAS, )
POLICE OFFICER YURIY MANZUROV, SERGEANT LUKE )
DENESOPOLIS, UNDERCOVER POLICE OFFICER "C0033", )
UNDERCOVER POLICE OFFICER "C0278", JOHN DOE #1-2 )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Police Officer Yuriy Manzurov
Narcotics Brooklyn South
One Police Plaza, Rm 1100
New York, NY 10038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Nicholas Mindicino, Esq.
Stoll, Glickman & Bellina, LLP
475 Atlantic Avenue, 3rd Fl
Brooklyn, NY 11217

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 4/19/2016                                                 s/Kimberly Davis
                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

EDWARD WILLIAMS and SHANAISIA LAWSON )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 16-cv-1904 LDH-RER
THE CITY OF NEW YORK, DETECTIVE DANIEL AYBAR, )
DETECTIVE EUGENE JONNY, DETECTIVE JOHN SIOKAS, )
POLICE OFFICER YURIY MANZUROV, SERGEANT LUKE )
DENESOPOLIS, UNDERCOVER POLICE OFFICER "C0033", )
UNDERCOVER POLICE OFFICER "C0278", JOHN DOE #1-2 )
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Detective Eugene Jonny
Narcotics Brooklyn South
One Police Plaza, Rm 1100
New York, NY 10038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Nicholas Mindicino, Esq.
Stoll, Glickman & Bellina, LLP
475 Atlantic Avenue, 3rd Fl
Brooklyn, NY 11217

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 4/19/2016

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

EDWARD WILLIAMS and SHANAISIA LAWSON )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 16-cv-1904 LDH-RER
THE CITY OF NEW YORK, DETECTIVE DANIEL AYBAR, )
DETECTIVE EUGENE JONNY, DETECTIVE JOHN SIOKAS, )
POLICE OFFICER YURIY MANZUROV, SERGEANT LUKE )
DENESOPOLIS, UNDERCOVER POLICE OFFICER "C0033", )
UNDERCOVER POLICE OFFICER "C0278", JOHN DOE #1-2 )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sergeant Luke Denesopolis
Narcotics Brooklyn South
One Police Plaza, Rm 1100
New York, NY 10038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Nicholas Mindicino, Esq.
Stoll, Glickman & Bellina, LLP
475 Atlantic Avenue, 3rd Fl
Brooklyn, NY 11217

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 4/19/2016

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| EDWARD WILLIAMS and SHANAISIA LAWSON ) <br> ) <br> ) <br> ) <br> *Plaintiff(s)* ) <br> v. ) <br> THE CITY OF NEW YORK, DETECTIVE DANIEL AYBAR, ) <br> DETECTIVE EUGENE JONNY, DETECTIVE JOHN SIOKAS, ) <br> POLICE OFFICER YURIY MANZUROV, SERGEANT LUKE ) <br> DENESOPOLIS, UNDERCOVER POLICE OFFICER "C0033", ) <br> UNDERCOVER POLICE OFFICER "C0278", JOHN DOE #1-2 ) <br> *Defendant(s)* ) | Civil Action No.  16-cv-1904 LDH-RER |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   City of New York
Corporation Counsel Office
100 Church Street
New York, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nicholas Mindicino, Esq.
Stoll, Glickman & Bellina, LLP
475 Atlantic Avenue, 3rd Fl
Brooklyn, NY 11217

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date:  4/19/2016                                         s/Kimberly Davis
                                                           *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

EDWARD WILLIAMS and SHANAISIA LAWSON )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 16-cv-1904 LDH-RER
THE CITY OF NEW YORK, DETECTIVE DANIEL AYBAR, )
DETECTIVE EUGENE JONNY, DETECTIVE JOHN SIOKAS, )
POLICE OFFICER YURIY MANZUROV, SERGEANT LUKE )
DENESOPOLIS, UNDERCOVER POLICE OFFICER "C0033", )
UNDERCOVER POLICE OFFICER "C0278", JOHN DOE #1-2 )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Detective Daniel Aybar
Narcotics Brooklyn South
One Police Plaza, Rm 1100
New York, NY 10038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Nicholas Mindicino, Esq.
Stoll, Glickman & Bellina, LLP
475 Atlantic Avenue, 3rd Fl
Brooklyn, NY 11217

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 4/19/2016

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*